DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,**
Appellant,

v.

**DOWNTOWN SURGERY CENTER** a/a/o **NICHOLE MOSELEY,**
Appellee.

No. 4D21-600

[June 30, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Nina W. Di Pietro, Judge; L.T. Case Nos. CACE20-14123 and COCE20-2650.

Daniel E. Nordby and Jason Gonzalez of Shutts & Bowen LLP, Tallahassee, and Garrett A. Tozier of Shutts & Bowen LLP, Tampa, for appellant.

Matthew Emanuel of Landau & Associates, P.A., Sunrise, for appellee.

### *ON CONFESSION OF ERROR*

PER CURIAM.

Based on the Third District's recent decision in *Priority Medical Centers, LLC v. Allstate Insurance Co.*, 46 Fla. L. Weekly D978 (Fla. 3d DCA Apr. 28, 2021), appellee filed a confession of error in this case. We accept the confession of error and reverse and remand for entry of final summary judgment in Allstate's favor. *See Allstate Fire & Cas. Ins. Co. v. Katzell*, No. 4D21-1044, 2021 WL 2559656 (Fla. 4th DCA June 23, 2021).

*Reversed and remanded.*

LEVINE, C.J., WARNER and GROSS, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***